**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-151-FDW
(5:15-cr-46-FDW-DSC-2)**

| | |
|---|---|
| **LINDSEY JORDAN PRICE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Reconsideration of this Court's Order dismissing Petitioner's Motion to Vacate, Set Aside, or Correct Sentence. (Doc. No. 4). Petitioner's Motion for Reconsideration is denied for the same reasons articulated by the Court in its Order dismissing Petitioner's motion to vacate as a successive petition and, alternatively, on the merits.

**IT IS THEREFORE ORDERED** that:

(1) Petitioner's Motion for Reconsideration, (Doc. No. 4), is **DENIED**.

(2) **IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, this Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 338 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (when relief is denied on procedural grounds, a petitioner must establish both that the dispositive procedural

1

ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right).

Signed: September 29, 2017

Frank D. Whitney
Chief United States District Judge